STALEY et al. v. DERDEN. (Circuit Court of Appeals, Fifth Circuit. December 5, 1911.) No. 2,199. Appeal from the Circuit Court of the United States for the Northern District of Texas. R. S. Neblett, for appellants. W. J. McKie and Horace Chilton, for appellee. Before PARDEE and SHELBY, Circuit Judges, and GRUBB, District Judge.

PER CURIAM. This is an appeal from an interlocutory order granting an injunction regulating the delivery pendente lite of the reserved share or

† Rehearing denied December 5, 1911.

royalty conceded to belong to the complainant below of the one-eighth part of all oil produced and saved upon certain premises. The said order seems to be a proper conservative order necessary to protect the complainant's conceded interest, and as such it should not be set aside for any of the objections set forth in the assignment of errors. The order appealed from is affirmed.